## Walsh *v.* Walsh, Appellant.

Argued November 16, 1973. *Samuel J. Goldstein,* for appellant; *Harry R. Ruprecht,* with him

*Homer W. King,* and *Harrison, King, Bowman, Sabino and Gillotti,* for appellee.

Order affirmed.